## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 245 MAL 2020 |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOSEPH WESLEY, | : | |
| | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 246 MAL 2020 |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOSEPH WESLEY, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2020, with reference to No. 245 MAL 2020, the Petition for Allowance of Appeal is **HELD** pending this Court's disposition of *Commonwealth v. Pacheco*, 42 MAP 2020, as concerns the following issue:

> Whether cell-site location information ("CSLI") obtained under to the Pennsylvania Wiretap Act Satisfies the search warrant requirement pursuant to *Carpenter v. United States*, 138 S. Ct. 2206 (2018)?

This Petition for Allowance of Appeal is **DENIED** in all other respects, including with reference to No. 246 MAL 2020 in its entirety.